

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| JESUS GARCIA, | § | No. 08-25-00195-CV |
| Appellant, | § | Appeal from the |
| v. | § | 65th District Court |
| JENESIS JULIETA ALONSO, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2025DCM3562) |
| | § | |
| | § | |

## MEMORANDUM OPINION

This appeal is before the Court on its own motion to determine whether it should be dismissed. *See* Tex. R. App. P. 42.3.

On July 25, 2025, the Clerk of this Court sent Jesus Garcia a letter requesting payment of the required filing fee. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless a party is excused by statute or by appellate rule from paying costs). The letter notified Garcia that the appeal would be subject to dismissal on or after August 7, 2025, if he was not found indigent in the trial court and failed to pay the filing fee. *See* Tex. R. App. P. 42.3(c) (authorizing an appellate court to dismiss an appeal where an appellant fails to comply with a notice from the clerk requiring a response or other action within a specified time).

As of the date of this memorandum opinion, Garcia has not paid the filing fee or otherwise shown an excuse from payment. Accordingly, we dismiss this appeal. *See* Tex. R. App. P. 5, 42.3(c).


MARIA SALAS MENDOZA, Chief Justice


August 22, 2025

Before Salas Mendoza, C.J., Palafox and Soto, JJ.